U.S. Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. MJ25-559 |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| CHRISTIANA RENEE AUSTIN, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

BEFORE United States Magistrate Michelle L. Peterson, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about July 13, 2025, in Snohomish County, within the Western District of Washington, CHRISTIANA RENEE AUSTIN, knowing she had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.    Wire Fraud in violation of Title 18, United States Code, Section 1343 in United States District Court for the Western District of Washington from 2024.

did knowingly possess, in or affecting interstate and foreign commerce, a firearm, that is:

a Springfield Armory 9mm pistol,

which had been shipped and transported in interstate and foreign commerce.

COMPLAINT/ CHRISTIANA RENEE AUSTIN - 1
USAO NO. 2025R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I, Kit K. Radosevich, being first duly sworn on oath, depose and say: I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since 2015. As a Special Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States. I am familiar with and have received formal training regarding the enforcement of federal firearms, arson, and explosives laws, including completion of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and ATF's Special Agent Basic Training Program in Glynco, Georgia. During my employment, I have also conducted, and participated in a variety of investigations, including investigations into violations of federal firearms laws. Prior to joining the ATF, I worked as a corporate accountant, and I maintain a license as a Certified Public Accountant (CPA).

3. The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other law enforcement officers and agents; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and therefore does not set

COMPLAINT/ CHRISTIANA RENEE AUSTIN - 2
USAO NO. 2025R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forth all of my knowledge about this matter.

## SUMMARY OF PROBABLE CAUSE

4.    On July 13, 2025, at approximately 7:01 p.m. hours Skyler Fuller and Thanh Huyhn were working as Asset Protection Associates employed by Macy's inside of the Alderwood Mall in Lynnwood, Washington.  At that time, Fuller observed via closed circuit television, CHRISTIANA RENEE AUSTIN and Henok Gebremichael enter Macy's via the mall entrance.  Both AUSTIN and Gebremichael were observed selecting 15 items in the kid's department totaling $434 and placing them into a brown Zumiez bag and black JD bag.  AUSTIN then purchased two pairs of shorts but never presented nor paid for any of the 15 items secreted in the bags.  The loss prevention team contacted Lynnwood Police Department to coordinate an arrest/contact of AUSTIN and Gebremichael once the pair exited the store.

5.    Lynnwood Police Officer Kruse contacted AUSTIN and Gebremichael in the Macy's parking lot.  Officer Kruse spoke with the pair and dispatched confirmed an active warrant for AUSTIN's arrest under the alias "Zaniyah H. Holston" was outstanding.  Officer Kruse later learned AUSTIN was also on supervised release with United States Probation following her conviction for Wire Fraud in the Western District of Washington in 2024.  Due to AUSTIN's status as a convicted felon, she is prohibited under Title 18 United States Code Sections 922(g) from possessing firearms.

6.    Following advisement and waiver of constitutional rights, AUSTIN admitted stealing items because "they were being greedy."  A search of AUSTIN's purse incident to arrest revealed her driver's license and a stolen Springfield Armory 9mm pistol serial number BY510601.  AUSTIN claimed Gebremichael provided her the firearm.  Gebremichael denied knowledge AUSTIN had a firearm with her and did not understand why AUSTIN would claim he provided it to her.  Both loss prevention associates advised they did not see Gebremichael hand a firearm to AUSTIN while at

COMPLAINT/ CHRISTIANA RENEE AUSTIN - 3
USAO NO. 2025R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Macy's and reviewed footage to confirm as much.

7.     On August 26, 2025, I - ATF Special Agent Kit Radosevich, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, visually and physical examined the above-described firearm and determined that the firearm was not manufactured in the State of Washington.  Based upon her experience, knowledge, and research, it is SA Radosevich's opinion that the above-listed firearm meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3).  Furthermore, it is SA Radosevich's opinion that, because the above-listed firearm was not manufactured in the State of Washington, it therefore must have traveled in, and thereby affected, interstate commerce if it were received or possessed in the state of Washington

### CONCLUSION

8.     Based on the foregoing, I respectfully submit that there is probable cause to believe that CHRISTIANA RENEE AUSTIN committed the above-referenced offense.

KIT RADOSEVICH

Digitally signed by KIT RADOSEVICH
Date: 2025.09.03 09:44:19 -07'00'

KIT K. RADOSEVICH, Complainant
Special Agent, Bureau of Alcohol,
Tobacco, Firearms, and Explosives

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the 4th day of September, 2025.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 4th day of September, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

COMPLAINT/ CHRISTIANA RENEE AUSTIN -
4 USAO NO. 2025R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970